# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILLIAM CRENSHAW,<br>　　　　　　　　　*Plaintiff,* | CIVIL NO. 3:09CV00041 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　*Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court upon the parties' cross motions for summary judgment (docket nos. 8 and 10), the Report and Recommendation of the U.S. Magistrate Judge (docket no. 12), Plaintiff's objections to the Report and Recommendation (docket no. 13), and Defendant's responses thereto (docket no. 14). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ordered as follows:

1. The Plaintiff's objections (docket no. 13) are hereby OVERRULED.

2. The Commissioner's final decision is hereby ADOPTED.

3. The Commissioner's motion for summary judgment (docket no. 10) is GRANTED.

4. Plaintiff's motion for summary judgment (docket no. 8) is DENIED.

5. The case is hereby DISMISSED, and the Clerk of the Court is hereby directed to STRIKE it from the active docket of the Court.

6. The Clerk of the Court is further directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to U.S. Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

ENTERED: This  7th  day of June, 2010.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE